IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| LISSETTE QUINTANA,<br><br>*Plaintiff,*<br><br>v.<br><br>FIRST NATIONAL COLLECTION BUREAU, INC.,<br><br>*Defendant.* | §<br>§<br>§<br>§   CASE NO.:<br>§<br>§<br>§<br>§<br>§<br>§ |

**DEFENDANT FIRST NATIONAL COLLECTION BUREAU, INC.'S NOTICE OF REMOVAL**

COMES NOW, Defendant First National Collection Bureau, Inc. ("Defendant") and files its *Notice of Removal* as follows:

1. Plaintiff Lissette Quintana ("Plaintiff") filed her state court Complaint on February 10, 2022, in the County Court of the Ninth Judicial Circuit, in and for Osceola County, Florida.

2. This is a civil action based, in part, on Plaintiff's contention that Defendant violated the Fair Debt Collection Practices Act, 15 U.S.C. 1692 *et seq.* (the "FDCPA").

3. Removal is proper because this case involves a federal question—alleged violations of the FDCPA. Therefore, the entire suit is removable under 28 U.S.C. §1441(a).

4. Venue is proper in this district under 28 U.S.C. 1441(a) because the state court where the suit has been pending is located in this district.

5. Removal is timely pursuant to 28 U.S.C. § 1441(b) because Defendant has filed its Notice of Removal within 30 days of service of Plaintiff's state court Complaint. Defendant was served on February 1, 2022.

6. Pursuant to U.S.C. § 1441(a), a copy of all process, pleadings, documents, and orders in this case have been attached as **Exhibit A**.

7. A copy of this Notice of Removal has been sent to Plaintiff and will be filed with the Clerk of the County Court of the Ninth Judicial Circuit, in and for Osceola County, Florida.

8. Plaintiff requested a jury trial in the state court matter.

WHEREFORE, Defendant respectfully requests that this Court assume full jurisdiction over the proceeding as provided by law.

Respectfully submitted,

/s/ Dale T. Golden
Dale T. Golden, Esq.
FBN: 0094080
/s/ Sangeeta Spengler
Sangeeta Spengler, Esq.
FBN: 0186864
**GOLDEN SCAZ GAGAIN, PLLC**
1135 Marbella Plaza Drive
Tampa, Florida 33619
Phone: (813) 251-5500
Direct: (813) 251-3661
Fax: (813) 251-3675
dgolden@gsgfirm.com
spspengler@gsgfirm.com