UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No. 6:22-CV-00302-PGB-EJK

LISSETTE QUINTANA,

    Plaintiff,

v.

FIRST NATIONAL COLLECTION BUREAU INC,

    Defendant.
_____/

## **NOTICE OF SETTLEMENT**

Plaintiff Lissette Quintana submits this Notice of Settlement and states the parties have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

[*REMAINDER OF PAGE INTENTIONALLY LEFT BLANK*]

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

Dated: July 6, 2022

        Respectfully Submitted,

        /s/ Thomas Patti
        **JIBRAEL S. HINDI, ESQ.**
        Florida Bar No.: 118259
        E-mail:   jibrael@jibraellaw.com
        **THOMAS J. PATTI, ESQ.**
        Florida Bar No.: 118377
        E-mail:   tom@jibraellaw.com
        The Law Offices of Jibrael S. Hindi
        110 SE 6th Street, Suite 1744
        Fort Lauderdale, Florida 33301
        Phone:   954-907-1136
        Fax:      855-529-9540

        *COUNSEL FOR PLAINTIFF*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on July 6, 2022, the forgoing was electronically via the Court's CM/ECF system on all counsel of record.

        /s/ Thomas Patti
        **THOMAS J. PATTI, ESQ.**
        Florida Bar No.: 118277

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com